

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00054-CR

| | | |
|---|---|---|
| MICHAEL GENE WILLIAMS, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (58,539-C) |
| v. | § | August 18, 2022 |
| | § | Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
　　　Justice Brian Walker